**Opinion issued February 26, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-01017-CR

———————————

## MICHAEL HOSEA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Case No. 9415203**

---

## MEMORANDUM OPINION

Appellant, Michael Hosea, attempts to appeal from the trial court's order denying his motion requesting free copies of various documents and transcripts related to his felony conviction. We dismiss the appeal.

Hosea was convicted of murder in 1995. This Court previously affirmed the judgment of the trial court and dismissed two subsequent attempts to appeal from the trial court's judgment. *See Hosea v. State*, No. 01-12-00918-CR, 2012 WL 5878117 (Tex. App.—Houston [1st Dist.] Nov. 21, 2012, no pet.) (mem. op., not designated for publication); *Hosea v. State*, No. 01-11-01050-CR, 2012 WL 2345351 (Tex. App.—Houston [1st Dist.] June 21, 2012, no pet.) (mem. op., not designated for publication); *Hosea v. State*, No. 01-95-00358-CR, 1997 WL 709453 (Tex. App.—Houston [1st Dist.] Nov. 6, 1997, pet. ref'd) (mem. op., not designated for publication).

On November 5, 2014, Hosea filed a "Motion to Obtain Trial Transcripts and Statement of Facts Informa [sic] Pauperis" in the trial court, seeking free copies of records from his criminal conviction for use in preparing an out-of-time appeal or an application for a post-conviction writ of habeas corpus. The trial court denied the motion on November 12, 2014. Hosea filed a notice of appeal from the trial court's order on December 8, 2014.

"The denial of a motion to obtain a free record is not an appealable order." *Poole v. State*, No. 14-14-00081-CR, 2014 WL 1268617, at *1 (Tex. App.—Houston [14th Dist.] Mar. 27, 2014, no pet.) (mem. op., not designated for publication) (citing *Manning v. State*, No. 14-11-00464-CR, 2011 WL 2434064, at *1 (Tex. App.—Houston [14th Dist.] June 16, 2011, no pet.) (mem. op., not

designated for publication)); *see Quijano v. State*, No. 14-11-01105-CR, 2012 WL 214293, at *1 (Tex. App.—Houston [14th Dist.] Jan. 24, 2012, no pet.) (mem. op., not designated for publication).

Accordingly, we dismiss Hosea's appeal for want of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).